United States District Court
Southern District of Texas
**ENTERED**
January 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-359 |
| | § | |
| EDUARDO BENAVIDES | § | |

## ORDER

Defendant Eduardo Benavides was found guilty of possession with intent to distribute 12.02 kilograms of cocaine and was sentenced to 120 months' imprisonment. Judgment was imposed November 20, 2015. On November 24, 2015, Defendant filed a Notice of Appeal.

Defendant was initially found eligible for appointed counsel in these criminal proceedings. Attorney Micah Hatley represented Defendant through sentencing and now moves to withdraw as counsel on appeal.

Having reviewed the motion, record, and applicable law, the Court **GRANTS** Mr. Hatley's Motion to Withdraw from Appeal (D.E. 45) and **APPOINTS** CJA counsel **Seth Kretzer** to represent Defendant on appeal.

ORDERED this 12th day of January, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE